## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Jose Alejandro Brito Sosa

                         Plaintiff,

v.                                                       Case No.: 1:26–cv–03653
                                                         Honorable Thomas M. Durkin

Markwayne Mullin, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 11, 2026:

      MINUTE entry before the Honorable Thomas M. Durkin: Plaintiff's unopposed motion to voluntarily dismiss the complaint [22] is granted. Plaintiff's complaint is dismissed without prejudice. All pending dates before this court are stricken. Civil case terminated. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.